## METROPOLITAN LIFE INSURANCE COMPANY *v.* GEORGE.

HUTCHESON, Justice. On motion to modify, we withdraw the former ruling and substitute the following: Under the decisions by this court in *Southern Exchange National Bank* v. *First National Bank of Dublin,* 165 *Ga.* 289 (140 S. E. 753), and *Bull* v. *Carpenter,* 158 *Ga.* 360 (123 S. E. 614), the question certified is not in the proper form to require an answer by this court.

*All the Justices concur, except Jenkins, J., who dissents.*

No. 11807. MAY 15, JUNE 21, 1937.

*Jones, Johnston, Russell & Sparks,* for plaintiff in error.
*Robert G. Plunkett* and *R. F. Scarborough,* contra.